345 F.2d 1006
 65-2 USTC P 9444
 UNIVERSAL FILM EXCHANGES, INC., Plaintiff-Appellant,
v.
UNITED STATES of America, Defendant-Appellee.
 No. 145, Docket 29106.
 United States Court of Appeals Second Circuit.
 Argued Dec. 11, 1964.
Decided May 19, 1965.
 
 Meade C. Patrick, Washington, D.C. (Gardner, Morrison & Rogers, Washington, D.C., on the brief, Adolph Schimel, New York City, of counsel), for plaintiff-appellant.
 Arthur S. Olick, Asst. U.S. Atty. (Robert M. Morgenthau, U.S. Atty., for Southern Dist. of New York, New York City, on the brief, Laurence Vogel, Asst. U.S. Atty., Harry Marselli, Atty., Dept. of Justice, of counsel), for defendant-appellee.
 Before WATERMAN, MOORE and KAUFMAN, Circuit Judges.
 PER CURIAM.
 
 
 1
 We affirm the judgment of the District Court for the reasons stated in Judge Levet's opinion, 230 F.Supp. 518 (S.D.N.Y.1964). See also Universal Pictures Co. v. United States, 345 F.2d 1002 (2d Cir. 1965).